UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------

DAYVID JIMENEZ                      )
PRO SE                              )
      Plaintiff                    )
                                    )
    V.                            )
                                    )
SHERIFF PATRICK A. RUSSO et.al      )
                                    )
      Defendant                    )
                                    )
-------------------------------------------------

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 17 2024
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

**MOTION TO WITHDRAW**

Civil Action No:
1:23-cv-368 MAD/TWD

Dear Court

    I, Dayvid Jimenez from the above caption matter is requesting to withdraw from this case. Thank you for your time and patience.

*Statement Pursuant to 28 U.S.C. § 1746, I Declare, under the penalty of Perjury under the laws of the United States of America, that the foregoing is True and Correct.*

Date:  Batavia, New York
      4 / 11 / 24

*[signature: Aaron A. Stahl]*

Respectfully Submitted

*[signature: Dayvid Jimenez]*
A###-##9-136
Buffalo Federal
Detention Facility
4250 Federal Drive
Batavia, NY 14020

Aaron A. Stahl
Notary Public, State of New York
Reg. No. 01ST0013537
Qualified in Orleans County
Commission Expires September 14, 2027

# Certificate Of Service

**Clerk's Office**
**United States District Court Northern District Of New York**
**James T. Foley U.S. Courthouse**
**445 Broadway-Room 509**
**Albany, NY 12207-2936**

I, __Dayvid Jimenez__ ,   Case# __1:23-cv-368 MAD/TWD *Jimenez v. Russo*__

Hereby certify that I served a copy of the attached documents on the Northern District of New York Court and the Office of Chief counsel at the above addresses by:

__√__ Detention Facility Mail

____ Regular Mail

_____                            __4/16/24__
Signature                                                         Date

Dagold Jimenez
A# 9-136
Buffalo Federal Det. Fac.
4250 Federal Drive
Batavia, NY 14020

Buffalo Federal Detention Facility

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

APR 17 2024

RECEIVED

To: Clerk's Office
United States Dist. Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway - Room 509
Albany, NY 12207-2936

4/11/2024