UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------
DAYVID JIMENEZ                                    )
PRO SE                                            )
       Plaintiff                              )
                                              )
       V.                                     )
                                              )
SHERIFF PATRICK A. RUSSO et.al                    )
                                              )
       Defendant                              )
                                              )
-------------------------------------------------

**MOTION TO WITHDRAW**

Civil Action No:
1:23-cv-368 MAD/TWD

FILED APR 17 2024
U.S. DISTRICT COURT - N.D. OF N.Y.
John M. Domurad, Clerk - Albany

Dear Court

    I, Dayvid Jimenez from the above caption matter is requesting to withdraw from this case. Thank you for your time and patience.

*Statement Pursuant to 28 U.S.C. § 1746, I Declare, under the penalty of Perjury under the laws of the United States of America, that the foregoing is True and Correct.*

Date:   Batavia, New York
       4 / 11 / 24

*[signature: Aaron A. Stahl]*

Aaron A. Stahl
Notary Public, State of New York
Reg. No. 01ST0013537
Qualified in Orleans County
Commission Expires September 14, 2027

Respectfully Submitted
*[signature]*
Dayvid Jimenez
A###-##9-136
Buffalo Federal
Detention Facility
4250 Federal Drive
Batavia, NY 14020

IT IS SO ORDERED:
*[signature]*
Mae A. D'Agostino
U.S. District Judge

Dated:  5/14/2024
       Albany, NY